PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKHWINDER SINGH,<br><br>        Plaintiff,<br><br>    v.<br><br>UR JADDOU, ET AL.,<br><br>        Defendants. | CASE NO. 1:23-CV-00579-JLT-BAM<br><br>STIPULATION AND [PROPOSED] ORDER TO HOLD CASE IN TEMPORARY ABEYANCE |

The Defendants respectfully request to hold this case in temporary abeyance through November 30, 2023, and counsel for Plaintiffs does not oppose.

This case concerns Plaintiff's application for asylum, which has been pending with U.S. Citizenship and Immigration Services (USCIS) since 2017. Plaintiff is currently scheduled an interview on this application on August 2, 2023. The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application and USCIS will endeavor to do so within 120 days of the completion of the interview. In the event USCIS reschedules the interview on Plaintiff's application, the agency will endeavor to reschedule the interview within four weeks.

///

///

///

///

1

1  The parties therefore stipulate that this matter be held in temporary abeyance through November 30, 2023. The parties further request that all other filing deadlines be similarly vacated.

Respectfully submitted,

Dated: May 23, 2023

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ JESSICA TAYLOR ARENA
JESSICA TAYLOR ARENA
Counsel for Plaintiff

2

ORDER

Pursuant to the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that this matter is STAYED through **November 30, 2023**.  All other filing deadlines are similarly vacated, including the Scheduling Conference currently set for July 25, 2023 at 8:30 AM.  The parties shall file a joint status report not later than November 21, 2023, informing the Court of the status of the underlying application for asylum and whether the stay may be lifted.  If the parties file a notice of settlement prior to November 21, 2023, then all dates will be vacated, and the parties shall file dispositional papers pursuant to Local Rule 160.

IT IS SO ORDERED.

Dated:   **May 24, 2023**                       /s/ *Barbara A. McAuliffe*
                                                                    UNITED STATES MAGISTRATE JUDGE